**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Scott MAYNARD, a.k.a. Scott Allen Maynard, Defendant-Appellant.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**United States of America,**
**Plaintiff-Appellee,**

v.

**Scott Maynard, a.k.a. Scott Alan Maynard, Defendant-Appellant.**

**No. 15-10600, No. 15-10601**

United States Court of Appeals, Ninth Circuit.

Submitted February 2, 2017 *

Filed FEBRUARY 06, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant-Appellant

Scott Maynard, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Scott Maynard appeals his guilty-plea conviction and 51-month sentence for failure to register as a convicted sex offender, in violation of 18 U.S.C. § 2250(a), and the revocation of supervised release and consecutive 13-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Maynard's counsel has filed a brief stating that there are no grounds for relief, along

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

with a motion to withdraw as counsel of record. We have provided Maynard the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.